**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. TIMOTHY M. REIF, *JUDGE***

| | |
|---|---|
| AMCOR FLEXIBLES KREUZLINGEN AG,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court Nos.  15-00245<br>16-00194 |
| AMCOR FLEXIBLES SINGEN GMBH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court Nos.  15-00244<br>15-00246<br>16-00197<br>16-00198<br>18-00101 |

## JOINT STATUS REPORT

Pursuant to the Court's July 26, 2023, and October 2, 2025, Orders, Plaintiffs Amcor Flexibles Singen GmbH and Amcor Flexibles Kreuzlingen AG (collectively, "Amcor") and Defendant United States submit this joint status report as to the above-referenced cases ("Pending Cases").

1.      The Pending Cases concern the proper tariff classification of certain flexible packaging materials that consist of aluminum foil laminated with plastic films.

2.      On October 20, 2022, Amcor filed a Consent Motion for Assignment of Judge for the Pending Cases asserting that these cases involve products that are similar to those at issue in Court No. 15-00240 (*Amcor Flexibles Singen GmbH v. United States*) and/or Court No. 16-00193

(*Amcor Flexibles Kreuzlingen AG v. United States*).

3.    On January 3, 2020, Amcor prevailed in Court No. 15-00240 regarding the proper tariff classification of certain unprinted flexible packaging materials that were determined by the Court to be properly classified as "backed" aluminum foil under subheading 7607.20.50 of the *Harmonized Tariff Schedule of the United States* ("HTSUS"). Slip Op. 20-1 (Jan. 3, 2020).

4.    On February 22, 2022, Amcor prevailed in Court No. 16-00193 regarding the proper tariff classification of certain printed flexible packaging materials that were also determined to be properly classified as "backed" aluminum foil under HTSUS subheading 7607.20.50. Slip Op. 22-15 (Feb. 22, 2022).

5.    On October 26, 2022, the Court granted Amcor's Consent Motion for Assignment of Judge and assigned all of the Pending Cases to the Honorable Timothy M. Reif.

6.    Since filing its Consent Motion for Assignment of Judge, Amcor has submitted stipulation proposals to Defendant's counsel for all fourteen (14) of the Pending Cases. More specifically, ten (10) of the fourteen stipulation proposals, *i.e.*, the proposals regarding Court Nos. 15-00243, 15-00245, 16-00030, 16-00031, 16-00194, 16-00196, 16-00198, 16-00199, 16-00200,[1] and 18-00101, were forwarded to the Government on December 2, 2022; one stipulation proposal, *i.e.*, the proposal regarding Court No. 15-00246, was forwarded on December 21, 2022; one stipulation proposal, *i.e.*, the proposal regarding Court No. 15-00244, was forwarded on December 22, 2022; and the final two stipulation proposals, *i.e.*, the proposals regarding Court Nos. 16-00195 and 16-00197, were forwarded on December 27, 2022.

7.    Moreover, Amcor's counsel has provided fourteen samples of "flexible packaging materials", as well as providing an explanation supporting its position that the samples are

---

[1] On April 4, 2025, the parties entered a Stipulated Judgment on Agreed Statement of Facts as to Court No. 16-00200, which the Court entered on April 7, 2025.

representative of the fifty-five (55) unique material numbers present in these pending Amcor cases ("Material Numbers").

8.     Court No. 16-00200 was resolved by Stipulated Judgment on Agreed Statement of Facts on April 27, 2025.

9.     The parties also entered a Stipulated Judgment on Agreed Statement of Facts as to Court Nos. 16-00031, 16-00195 and 16-00199, which the Court entered on February 2-4, 2026.

10.    In the parties' most recent Joint Status Report, the parties noted that they were working diligently to move Court No. 15-00243 forward. Since then, the parties entered a Stipulated Judgment on Agreed Statement of Facts as to Court No. 15-00243, which the Court entered on March 25, 2026. Additionally, the parties entered a Stipulated Judgment on Agreed Statement of Facts as to Court No. 16-00196, which the Court entered on April 22, 2026.

11.    The Court also dismissed Court No. 16-00030 on March 26, 2026 based on Plaintiff's request.

12.    Since filing the parties' most recent Joint Status Report, Defendant is currently in the process of reviewing the remaining proposed stipulations and supporting materials to determine whether the proposed stipulations are appropriate.

13.    As explained in the parties' Joint Status Report, filed on July 17, 2025, the United States, in coordination with U.S. Customs and Border Protection (CBP), is continuing the process of reviewing the proposed stipulations for each remaining case to identify, where applicable, additional information that will be necessary to determine whether the proposed stipulations are appropriate.

14.    Pursuant to the Court's Order, dated July 26, 2023, the parties intend to file a joint status report within ninety (90) days of this submission, and thereafter at 90-day intervals if the

Pending Cases have not been resolved by the end of each interval period.

Respectfully submitted,

By: _Wm. Randolph Rucker_

Wm. Randolph Rucker
Faegre Drinker Biddle & Reath LLP
320 S. Canal Drive, Suite 3300
Chicago, IL 60606
Phone: (312) 569-1157
Attorneys for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By: _____

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

EDWARD F. KENNY
Senior Trial Counsel
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Tel. No. (202) 305-5216
Attorneys for Defendant

Dated: May 11, 2026